IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENNIS PASSLEY**                                                                                          **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:10-cv-583–LG-RHW**

**JACKSON COUNTY ADULT DETENTION CENTER, et al.**            **DEFENDANTS**

<u>ORDER</u>

Plaintiff, an inmate of the Jackson County Adult Detention Center, filed this *pro se* complaint pursuant to 42 U.S.C. § 1983. The Plaintiff is advised that the Jackson County Adult Detention Center is not a separate legal entity that may be named as a party in a § 1983 lawsuit. However, a county may be held liable in a § 1983 suit, in limited circumstances. Since the Plaintiff is incarcerated and proceeding *pro se*, he will be provided an opportunity to amend his complaint to clarify if he is naming Jackson County as a defendant. Upon initial review of the complaint, it is hereby,

ORDERED:

1. That on or before February 4, 2011, Plaintiff shall file a written response to:

(a) specifically state if the Plaintiff is naming Jackson County as a defendant, if so, specifically state how Jackson County violated his constitutional rights;

(b) specifically state how defendant Broadus violated his constitutional rights;

(c) specifically state how defendant Jackson violated his constitutional rights;

(d) specifically state how defendant Davis violated his constitutional rights; and

(e) specifically state how defendant Barratt violated his constitutional rights.

2.  **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice to the Plaintiff.**

3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

THIS the 14th day of January, 2011.

                                                  s/Robert H. Walker
                                           UNITED STATES MAGISTRATE JUDGE